**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1005**

RALPH STEWART, JR.,

              Plaintiff - Appellant,

      v.

VERBENA ASKEW LAW FIRM, P.C.; VERBENA M. ASKEW,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:16-cv-00772-HEH)

Submitted:  February 23, 2017      Decided:  February 28, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ralph Stewart, Jr., Appellant Pro Se.  Verbena M. Askew, City Attorney, Hampton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Stewart, Jr., appeals the district court's order dismissing his civil action without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stewart v. Verbena Askew Law Firm, P.C., No. 3:16-cv-00772-HEH (E.D. Va. Nov. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED